UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

RECEIVED + FILED

2012 FEB 15  AM 10: 22

CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI · MB

In Re: )
RICHARD ALLEN DIAMOND )        Case No. 11- 52433 – 705
)        Chapter 7
Debtor. )

**DENIED**

Feb 28, 2012

*[signature]*
CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

## MOTION FOR EXTENSION

Michael Fitzgerald and Michael Goldstein, the undersigned Creditors, move this Court for relief and state:

1.  Creditors have recently filed Proofs of Claim in this matter.

2.  Creditors are filing *pro se* and are individuals, not corporations.

3.  The Creditors were not included on the Debtor's Bankruptcy filing and therefore were not advised of the Debtor's attempt to discharge certain debts related to Limited Partnerships investing in real estate at 6112 Ridge Ave., 6210 Ridge Ave., 6212 Ridge Ave., and 6214 Ridge Ave. in the Roxborough neighborhood of Philadelphia, PA.

4.  Creditors will be requesting an examination of representations made in Debtor's voluntary filing, under Federal Bankruptcy Code Rule 2004, in preparation for filing Adversary Proceedings relating to alleged fraud and embezzlement by Debtor in connection with the above-mentioned Limited Partnerships.

5.  Creditors believe that similar Objections and Adversary Proceedings may be filed by one or more creditors who also invested in Limited Partnerships in Roxborough.

6.  Creditors challenge Debtor's attempt to discharge certain debts relating to Roxborough real estate partnerships, bank loans, personal guarantees, and related matters.

7.  Creditors have discussed with Debtor's attorney the scheduling of a Rule 2004 examination and are in the process of compiling a list of documents and testimony that will be requested.

8.  Creditors need a minimum of 60 days to conduct their Rule 2004 examination.

9.  Creditors anticipate that at the conclusion of the Rule 2004 examination an additional minimum period of 30 days will be required to prepare and file Adversary Proceedings.

ACCORDINGLY, we respectfully request that the court grant a 60-day extension of proceedings and that no discharge of Debtor occur during this extension period.

Respectfully submitted,

February 14, 2012

Michael Fitzgerald
Creditor (Pro Se)
257 Central Park W #2A
New York, NY  10024
(315) 664-3201
mfitz100@hotmail.com

February 14, 2012

Michael Jay Goldstein
Creditor (Pro Se)
7 Lefferts Court
East Brunswick, NJ  08816
(732) 238-7171
mgoldstein@euthena.com

## CERTIFICATE OF SERVICE

The undersigned, Michael Fitzgerald and Michael Jay Goldstein, hereby certify on February 14, 2012 a copy of the foregoing Motion for Extension has been forwarded to the parties listed below in the following manner:

**Notice will be sent via regular U.S. Mail and/or electronic mail to:**

Richard Allen Diamond
Debtor
321 San Anselmo Ave. #203
San Anselmo, CA 94960

Charles M Markwell
Attorney for Debtor
Markwell Law, LLC
9979 Winghaven Blvd. Ste. 210A
O'Fallon, MO 63368
guss@gussmarkwell.com

Bankruptcy Trustee
A. Thomas DeWoskin
Danna McKitrick, PC
7701 Forsyth, Suite 800
St. Louis, MO 63105

February 14, 2012

Michael Fitzgerald
Creditor (Pro Se)
257 Central Park W #2A
New York, NY 10024
(315) 664-3201
mfitz100@hotmail.com

February 14, 2012

Michael Jay Goldstein
Creditor (Pro Se)
7 Lefferts Court
East Brunswick, NJ 08816
(732) 238-7171
mgoldstein@euthena.com